**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DAMARIS GARCIA ORDONEZ,
Petitioner,

v. Case No. 5:26-cv-748-KKM-PRL

SHERIFF PEYTON C. GRINNELL,
FIELD OFFICE DIRECTOR,
Respondents.

---

**ORDER**

Damaris Garcia Ordonez petitions for a writ of habeas corpus under 28 U.S.C. § 2241 seeking a bond hearing. (Doc. 1.) The Clerk of Court shall send a copy of the petition (Doc. 1) and this Order by e-mail to the United States Attorney for the Middle District of Florida and by certified mail to: (1) the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; (2) the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and (3) Sheriff Peyton Grinnell, 360 W. Ruby Street, Tavares, Florida 32778. *See* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.[1] All costs of service shall be advanced by the United States.

[1] These rules apply to § 2241 petitions under Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts.

Respondents must respond to the Petition and show cause why the Petition should not be granted within **TEN BUSINESS DAYS**. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed. After Respondents file a response, Petitioner shall have **FIVE BUSINESS DAYS** to reply.

If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **THREE BUSINESS DAYS** of Petitioner's change in custody.

**ORDERED** in Ocala, Florida, on October 15, 2026.

Kathryn Kimball Mizelle
United States District Judge